Not for Publication

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **BAYMONT FRANCHISE SYSTEMS, INC.,** | |
| **Plaintiff,** | Civil Action No.: 23-20313 (ES) (MAH) |
| **v.** | **ORDER** |
| **SRI HANUMAN, LCC, MIKE MEHTA,** | |
| **Defendants.** | |

**SALAS, DISTRICT JUDGE**

Before the Court is Plaintiff Baymont Franchise Systems, Inc.'s ("Plaintiff" or "BFS") motion for default judgment against Defendants Sri Hanuman, LLC and Mike Mehta (together, "Defendants"). (D.E. No. 13 ("Motion" or "Mot."); *see also* D.E. No. 13-3 ("Moving Brief" or "Mov. Br.")).  The Motion is unopposed.  The Court has carefully considered Plaintiff's submissions, as well as the balance of the record, and decides the matter without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b).  For the reasons set forth in this Court's accompanying Opinion,

IT IS on this 24th day of March, 2026,

**ORDERED** that Plaintiff's unopposed Motion for Default Judgment, (D.E. No. 13), is **GRANTED**; and it is further

**ORDERED** that Plaintiff is entitled to liquidated damages in the principal amount of $163,000; and it is further

**ORDERED** that Plaintiff is entitled to an award of interest on those compensatory damages, in the amount of $132,784.80; and it is further

**ORDERED** that the Clerk of the Court shall enter final judgment by default in favor of Plaintiff and against Defendants in the amount of $295,784.80, (comprised of a principal amount of $163,000 in liquidated damages and prejudgment interest in the amount of $132,784.80; and it is further

**ORDERED** that the Clerk of Court shall close this case.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**

2